**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                March 30, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02870-RPM

JAMI NEWBERRY,                                                    Seth J. Benezra

      Plaintiff,

v.

BEST BUY STORES, L.P., a Virginia limited partnership,            Elizabeth S. McKelvey

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:22 p.m.**      **Court in session.**

**ORDERED:**   Defendant's Partial Motion to Dismiss, filed February 8, 2011 [6], is granted and state law claims are dismissed.

Court states its reasons with respect to public policy and Title VII and supplemental jurisdiction with respect to 28 U.S.C. § 1367 (c)(2) (damages / role of jury).

Mr. Benezra states plaintiff is currently working (mitigation).

Discussion regarding case facts and discovery.

Court advises counsel of its preliminary thoughts regarding the relevance of admissible facts concerning the March 2009 incident.

Court states its view on the necessity of economic experts and its practice regarding equitable remedy.

Counsel state most of the e-discovery will be e-mails.

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

**ORDERED:**   Scheduling Order signed.

**10:40 a..m.**     **Court in recess.**

Hearing concluded.  Total time: 18 min.