**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02870-RPM-BNB

JAMI NEWBERRY,

    Plaintiff,

v.

BEST BUY STORES, L.P., a Virginia Limited Partnership,

    Defendant.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
_____

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order, and having been fully advised in the premises, the Court hereby grants Plaintiff's Motion. Plaintiff is permitted to depose two additional fact witnesses and to extend the discovery cutoff solely for purposes of completing the depositions of all 12 witnesses in this matter by no later than January 27, 2012. In addition, the Scheduling Order is amended to extend the dispositive motions deadline from October 30, 2011 to February 27, 2012.

Dated this 31st day of August, 2011.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge