IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02870-RPM

JAMI NEWBERRY,

     Plaintiff,

v.

BEST BUY STORES, L.P.,

     Defendant.

---

ORDER STRIKING CASE FROM CALENDAR CALL

---

The discovery cut-off date and dispositive motion deadline having been extended to January 27, 2012, and February 27, 2012, respectively, it is

ORDERED that this case is stricken from the October 28, 2011, calendar call.

Dated:  August 31st,  2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge