IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02870-RPM

JAMI NEWBERRY,

    Plaintiff,

v.

BEST BUY STORES, L.P.,
a Virginia Limited Partnership,

    Defendant.

## ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER, having come before the Court on the Joint Motion to Modify Scheduling Order, and having been fully advised in the premises, the Court hereby GRANTS said Motion.

IT IS HEREBY ORDERED:

The Scheduling Order is amended to extend the discovery cutoff deadline until **February 29, 2012**.  In addition, the Scheduling Order is amended to extend the dispositive motions deadline to **March 29, 2012**.  All other deadlines remain the same.

DATED this 17th day of January, 2012.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge