IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02870-RPM

JAMI NEWBERRY,

     Plaintiff,

v.

BEST BUY STORES, L.P.,

     Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Motion to Dismiss with Prejudice [37] filed March 7, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: March 8th, 2012

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge